IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ALLEN RUIZ and BRYAN RUIZ, | |
| Plaintiffs, | |
| v. | Case No. _____ |
| ALLISON B. MARGOLIN, A PROFESSIONAL LAW CORPORATION d/b/a MARGOLIN AND LAWRENCE, and ALLISON B. MARGOLIN, individually, | |
| Defendants. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants hereby give notice of the removal of the above-captioned action from the Superior Court of Candler County. As grounds for removal, Defendants state the following:

1. Plaintiff filed this action in the Superior Court of Baldwin County, State of Georgia, on or about June 16, 2022. A Summons and Complaint were purportedly served upon Allison B. Margolin, a professional law corporation d/b/a Margolin and Lawrence on or about July 7, 2022. A copy of the Summons and Complaint is attached hereto as Exhibit A. Attorney Allison B. Margolin, individually, has not been served.

2. All Defendants have joined in the removal of this action, and they have removed this action within 30 days of the Answer due date. Defendants reserve all defenses concerning service of process.

3. Plaintiffs are not residents of the State of Georgia. (Comp. ¶ 2). Upon information and belief, they reside in Florida.

4. Defendant Allison B. Margolin, a professional law corporation, is a California Professional Corporation (Comp. ¶¶ 3, 5).

5. Defendant Allison B. Margolin, the individual, is a resident of California. (Comp. ¶ 6).

6. Plaintiff alleges that this "is an action to recover money damages more than $75,000." (Comp. ¶ 4).

7. This Court has jurisdiction over this action pursuant to §1332 of Title 28 of the United States Code because there is complete diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs. This action may therefore be removed under 28 U.S.C. § 1441. Defendants reserve the right to contest service, service of process, whether jurisdiction and venue are proper in Georgia, and whether Defendants have the required minimum contacts with Georgia for personal jurisdiction to attach.

8. Pursuant to 28 U.S.C. §§ 1441 and 1446, removal of the state court action to this Court is appropriate.

9. Pursuant to 28 U.S.C. § 1446(d), Defendants are serving a copy of this Notice of Removal on Plaintiff and are filing it with the Superior Court of Candler County, Georgia.

10. This Notice of Removal will not waive any defenses that Defendants may have to Plaintiffs' Complaint.

**WHEREFORE**, Defendants pray that this Notice of Removal be filed and that said action be removed to and proceed in this Court and that no further proceedings be had in the Superior Court of Candler County, Georgia.

Dated this 5th day of August, 2022.

**HAWKINS PARNELL & YOUNG LLP**

| | |
|---|---|
| 303 Peachtree Street NE | */s/ Christine L. Mast* |
| Suite 4000 | Christine L. Mast |
| Atlanta, Georgia 30308-3243 | Georgia Bar No.: 461349 |
| (404) 614-7400 | Bryan M. Grantham |
| (855) 889-4588 - fax | (*admission pending*) |
| cmast@hpylaw.com | Georgia Bar No.: 884163 |
| bgrantham@hpylaw.com | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ALLEN RUIZ and BRYAN RUIZ, | |
| Plaintiffs, | |
| v. | Case No. _____ |
| ALLISON B. MARGOLIN, A PROFESSIONAL LAW CORPORATION d/b/a MARGOLIN AND LAWRENCE, and ALLISON B. MARGOLIN, individually, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court via the Court's CM/ECF electronic filing system, and served counsel of record by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed as follows:

William R. Johnson, Esq.
Moore Ingram Johnson & Steele, LLP
Emerson Overlook
326 Roswell St., Suite 100
Marietta GA 30060

-5-

Edilberto O. Marban, Esq.
Eddy O. Marban, P.A.
2655 S. Le Jeune Road, Suite 804
Coral Gables, FL 33134

Dated this 5th day of August, 2022.

**HAWKINS PARNELL & YOUNG LLP**

| | |
|---|---|
| 303 Peachtree Street NE | */s/ Christine L. Mast* |
| Suite 4000 | Christine L. Mast |
| Atlanta, Georgia 30308-3243 | Georgia Bar No.: 461349 |
| (404) 614-7400 | Bryan M. Grantham |
| (855) 889-4588 - fax | (*admission pending*) |
| cmast@hpylaw.com | Georgia Bar No.: 884163 |
| bgrantham@hpylaw.com | *Attorneys for Defendants* |